UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA FOR THE USE
AND BENEFIT OF ROEBELL PAINTERS CO. INC.,

                Plaintiff,

                25 Civ. 3940 (JPC)

    -v-

                ORDER

HARTFORD CASUALTY INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 15, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore June 5, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until June 13, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by June 20, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: June 6, 2025
      New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge